**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Kevin Michael Lyons

v. CA:07-68S

A.T. Wall, et al

**ORDER**

The Attorney General is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before **March 15, 2007.**

BY ORDER

Doreen Baldwell

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
United States District Judge

DATE: 2/26/07