UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Kevin M Lyons

v C.A.-07-68s

A.T.Wall et al

# MOTION FOR SANCTIONS

Now comes the Petitioner Kevin M Lyons, before this Court for Sanctions against the state of Rhode Island Attorney General office for failure to answer a order that was issued on Feb 26,2007 by District Judge William Smith. The state has not answered, nor has it asked for a extension of time to do so. This is now just a stall tactic by the state to keep the Petitioner incarceration for a longer period of time. The state has failed to address all issues concerning the jury questions since the Petitioner found out about these questions in August of 2000. The state Attorney General office did not address this issues with the Supreme Court in there Statement of fact, nor did they address it in there oral arguments. Since the state failed to give a oral argument in the Supreme Court. The state know that the Petitioner claims are true and that the Petitioner should have been released in 2000. Every case in the state of Rhode Island and in the 1st circuit has been vacated when the defedent was not made aware of questions by the jury or not address by the Judge.

Wherefore, the Petitioner ask this Court to Sanction the RI Attorney General office from ever answering the Petitioner 28 USC 2254 for Writ of Habeas Corpus, nor allowing any future answer or oral arguments before this Court in this matter.

Respectfully Submitted

Kevin M Lyons Pro/Se

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 15 day of March 2007.

[signature] Pro/Se

Name & Address Pro/Se