**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN M. LYONS** | : | |
| | : | |
| **v.** | : | **C.A. 07-68S** |
| | : | |
| **A.T. WALL, ET AL** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR SANCTIONS**

Now comes the State of Rhode Island, by and through its attorneys, and for the reasons expressed in the accompanying supporting memorandum, hereby respectfully objects to Petitioner's Motion For Sanctions.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman___
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 21st day of March, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to Kevin Lyons, P.O. Box 8274, Cranston, RI 02920.

/s/Aaron L. Weisman___

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN MICHAEL LYONS** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 2007-68S** |
| | : | |
| **A.T. WALL, et al** | : | |

**MEMORANDUM IN SUPPORT OF STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR SANCTIONS**

Petitioner has moved to "sanction[]" the state for having "fail[ed] to answer a[n] order" of this Court. (*Motion For Sanctions* at 1). Because the State, however, in fact did timely file an answer to this Honorable Court's order, it would object to Petitioner's motion for sanctions.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman___
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 21st day of March, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to Kevin Lyons, P.O. Box 8274, Cranston, RI 02920.

/s/Aaron L. Weisman___