UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Kevin M Lyons

v C.A.-07-68s

A.T.Wall et al

PETITION FOR EVIDENTRY HEARING

Now comes the Petitioner, Kevin M Lyons, to ask this Court to proceed to an Evidentiary Hearing at this time, a date to be set by this Court.

Petitioner states that neither the Defense nor the Courts have ask for Discovery nor the expantion of the records, and the Petitioner states that he does not ask for discovery nor to expand the record at this time.

The Petitioner prays this Court grant this motion for a Evidentiary Hearing at this time or Reverse his State Conviction Pre-SE.

Respectfully Submitted,

[signature] Pro/Se

Kevin M Lyons Pro/Se

Med 1 FL-42

P.O.BOX 8274

Cranston,RI 02920

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 16 day of April 2007.

Kevin M Lyons Pro/Se

Kevin M Lyons Pro/S