**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN M. LYONS** | : | |
| | : | |
| **v.** | : | **C.A. 07-0068S** |
| | : | |
| **A.T. WALL, ET AL** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO**
**PETITIONER'S PETITION FOR EVIDENTIARY HEARING**

Now comes respondent, State of Rhode Island, and objects to petitioner's Petition For Evidentiary Hearing. In support of its objection, the State relies upon the attached Memorandum Of Law.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**SHELDON WHITEHOUSE**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 20th day of April, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to Kevin M. Lyons, Pro Se, Med 1 FL-42, P.O. Box 8274, Cranston, RI 02920

/s/ Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN M. LYONS** | : | |
| | : | |
| **v.** | : | **C.A. 07-0068S** |
| | : | |
| **A.T. WALL, ET AL** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S PETITION FOR EVIDENTIARY HEARING**

Now comes the State of Rhode Island, by and through its attorneys, and for the dismissal-grounds asserted in the State of Rhode Island's previously filed motion to dismiss Lyons' Petition Under 28 USC § 2254 For A Writ Of Habeas Corpus, the State would suggest that no evidentiary hearing is necessary in the above-captioned matter.

Wherefore, the State would respectfully object to petitioner's Petition For Evidentiary Hearing.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**SHELDON WHITEHOUSE**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 20th day of April, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to Kevin M. Lyons, Pro Se, Med 1 FL-42, P.O. Box 8274, Cranston, RI 02920

/s/ Aaron L. Weisman