UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Kevin M Lyons

v C.A.-07-68s

A.T.Wall et al

PETITIONER'S OBJECTION TO THE STATE OBJECTION

Now comes the Petitioner, Kevin M Lyons, Pro/Se, and state the State's objection is frivolous. Mr Weisman motion is so frivolous that he even state the wrong Attorney General, SHELDON WHITEHOUSE, to the best of the Petitioner knowledge the Attorney General is PATRICK LYNCH.. Mr Weismen should know who he works for before he file his motions, Mr Whitehouse is the Jr Senator from Rhode Island.

The Attorney General Office know's that the Petitioner 28 USC §2254 is valid. All case's in the State of Rhode Island and the 1st Circuit have been vacated, When the jury members ask questions of the Court, and these questions were not addressed properly by the Court, or by the Defendant, or Defendant Attorney, or not addressed in open Court.

The Petitioner feels at this time this is just a stall tactic to keep there illegal conviction upheld. The Attorney General Office has changed their facts so much thoughtout this conviction. Mr Weismen did not even argue this matter concerning the jury questions in his brief or oral arguments before the Supreme Court Case No 05-121mp, because he knows that there is no case to back up his argument.

The Petitioner's again asks this Court to move to a Full Evidentiary Hearing as soon as the Courts can hear this matter.

Respectfully Submitted

[signature] Pro/Se

Kevin M Lyons Pro/Se
Med 1 FL-42
P.O.BOX 8274
Cranston,RI 02920

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 26 day of April 2007.

[signature]

Kevin M Lyons Pro/Se