United States District Court
For the District of Rhode Island

Kevin M. Lyons
Vs
A.T. Wall etal

CA07-68S

Petitioner's Objection to
Magistrate Almonds Order of 5 July 2007

Now come the petitioner, Kevin M. Lyons, and objects to magistrate almonds order issued on 5 July 2007. The court is now giving the defendants counsel, the Rhode Island Attorney Generals office a third bite of the same applies its order to more fully answer the petitioner's 28 uscs 2254. After ordering the R.I. A.G.'s office to answer said 2254 on 2/28/07.
Whereas, the R.I. A.G. choose to file a motion to dismiss rather than to strictly answer said 2254. The petitioner then timely filed a motion for an evidentiary hearing after neither the defense nor the court asked for, an expansion of the record, nor any discovery.
The petitioner presses at this time for his evidentiary hearing as order on 4/20/2007 at that time it would be appropriate for the R.I. A.G. to prudence any and all records of concern to magistrate almond, or to view all aspects produced and pressed in the petitioners 2254 as true and grant said 2254 in the petitioners favor:
The petitioner prays this court not delay his 2254 action any longer as he has already been Incarcerated for eleven (11) years and four (4) months for an alleged crime that he did not commit and that his U.S. Constitutional Rights under the 6th amendment. Where violated, the petitioner only must prove one issue to prove his right where violated to succeed in his 2254 action and has clearly proved this point in his first two (2) issues.
Wherefore, the petitioner asks this court to rescind the order of magistrate Almond on 5 July 2007 and proceed to the afore mentioned ordered evidentiary hearing.

Respectfully Submitted
Kevin M. Lyons Pro/Se

Kevin M. Lyons Pro/Se
Medium 1 F-left 42
P.O. Box 8274
Cranston R.I. 02920

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 10 day of July 2007.

Kevin M Lyons Pro/Se

Kevin M Lyons Pro/Se