UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Kevin M Lyons

Vs C.A. 07-68s

A.T.WALL et,al

PETITIONER"S EXCEPTION TO

STATE OF RHODE ISLAND RESPONSE

TO COURTS ORDER OF JULY 5,2007

Petitioner notes exception to state of Rhode Island Response to Courts order of July 5,2007 that Petitioner was not forward any copies of Defenses submitted documentation ie:

1) Transcripts pgs of trial 1-358
   (especially pgs 151-152,159-168)
2) All trial exhibits;
   1) Statement of Anselmo
   2) Statement of McNally
   3) Rhode Island hospital Report
   4-7) Rhode Island Dept of children, youth and family interviews
   A) Rhode Island hospital report
   B) Golden judgment
   C) Golden Indictment

Respectfully Submitted

[signature] Pro/Se

Kevin M Lyons Pro/Se

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 24 day of July 2007.

[signature] Pro/Se

Kevin M Lyons Pro/Se