# INDEX OF EXHIBITS

EXHIBITS#

1. COPY OF 18 USC ~ 3143 (B) (B) (i) (ii)
2. FED RULE CRIM PROCEDURE #30
3. FED RULE CRIM PROCEDURE #43 (A)
4. UNITED STATES V RONDER 639 F2D 931 (1981)
5. US V MARAJ 947 F2D 520 ()1ST CIR 1991)
6. STATE V LUANGLATH 863 A2D 631 (RI2005)
7. PETITIONER'S ORIGINAL BAIL CONDITIONS