Exhibit 3

# RULES OF CRIMINAL PROCEDURE FOR THE UNITED STATES DISTRICT COURTS

## X. GENERAL PROVISIONS

### Rule 43. Presence of the Defendant

(a) **Presence required.** The defendant shall be present at the arraignment, at the time of the plea, at every stage of the trial including the impaneling of the jury and the return of the verdict, and at the imposition of sentence, except as otherwise provided by this rule.

(b) **Continued presence not required.** The further progress of the trial to and including the return of the verdict, and the imposition of sentence, will not be prevented and the defendant will be considered to have waived the right to be present whenever a defendant, initially present at trial, or having pleaded guilty or nolo contendere,

(1) is voluntarily absent after the trial has commenced (whether or not the defendant has been informed by the court of the obligation to remain during the trial),

(2) in a noncapital case, is voluntarily absent at the imposition of sentence, or

(3) after being warned by the court that disruptive conduct will cause the removal of the defendant from the courtroom, persists in conduct which is such as to justify exclusion from the courtroom.

(c) **Presence not required.** A defendant need not be present:

(1) when represented by counsel and the defendant is an organization, as defined in 18 U.S.C. § 18;

(2) when the offense is punishable by fine or by imprisonment for not more than one year or both, and the court, with the written consent of the defendant, permits arraignment, plea, trial, and imposition of sentence in the defendant's absence;

(3) when the proceeding involves only a conference or hearing upon a question of law; or

(4) when the proceeding involves a correction of sentence under Rule 35.

(Dec. 26, 1944, eff. March 21, 1946, as amended April 22, 1974, eff. Dec. 1, 1975; Act July 31, 1975, P.L. 94-64, §§ 2, 3(35), 89 Stat. 370, 376, eff. Dec. 1, 1975; eff. Aug. 1, 1987; Dec. 1, 1995.)

#### HISTORY; ANCILLARY LAWS AND DIRECTIVES

**Amendments:**

**1975.** Act July 31, 1975, § 3(35) (eff. 12/1/75, as provided by § 2 of that