EXHIBIT #7

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# BAIL AND RECOGNIZANCE CONDITIONS

☒ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

Kent COUNTY/DIVISION

| 1. STATE OF RHODE ISLAND VS. Kevin M Lyons | 2. CASE NO. K193-6007 |
|---|---|

## ORDER

3. PERSONAL RECOGNIZANCE
It is herby ordered that the above defendant be released on his/her own recognizance in the amount of $ 100,000.

4. BAIL ☐ cash bail
It is hereby ordered that ☐ surety bail for the above defendant be set at $________.

Monetary conditions for bail have been imposed for the reasons that follow: ________

☐ The amount of cash or surety bail does not exceed the guidelines.

☐ The amount of cash or surety bail does exceed the guidelines, and the reasons for departing from the guidelines are as follows: ________

## CONDITIONS OF RELEASE

5. THE FOLLOWING ARE THE CONDITIONS UNDER WHICH YOU, THE UNDERSIGNED, ARE BEING RELEASED TODAY:
1. You must appear in court as required for all scheduled hearings.
2. You must keep the peace and be of good behavior.
3. You may not leave the state while this matter is pending without permission of the Court.
4. You must notify your attorney, bondsman and the Clerk of the Court of any change of address.
5. You understand that when recognizance has been set in the District Court on a felony charge, it will remain in effect until arraignment in Superior Court when a new recognizance will be set.
6. The following are special conditions imposed by: No Contact Ordered Bail Supervision
7. This is a domestic violence offense, and you are ordered to have no contact with ________. Violation of this order is a criminal offense under RIGL 12-29-4 and will subject a violator to arrest.
8. You understand that if you violate any condition of your release, a warrant for your arrest may be issued immediately. After arrest and hearing, if you are determined to have violated your recognizance, the terms and conditions of any further release will be redetermined. At that time you could be held without bail, have your bail increased, or you could be found in contempt of court. You also understand that the State may proceed against your sureties for violation of this recognizance.

I AGREE TO COMPLY FULLY WITH ALL OF THE OBLIGATIONS IMPOSED ABOVE ON MY RELEASE, AND I AGREE THAT MY CASH BAIL MAY BE APPLIED TO COURT COSTS.

X [signature]
Defendant

1 SACK ST
Address

ORDER SIGNED BY:

Nancy R Stratton
~~Judge~~/Clerk

9/23/93
Date

I/We agree to all of the conditions set out above

Surety

Surety

DISTRIBUTION
WHITE – COURT, YELLOW – DEFENDANT