UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Kevin M. Lyons
Plaintiff

V. CA 07-68S

A.T. Wall, et al
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on October 31, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). State's Motion to Dismiss is GRANTED and Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED with prejudice.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 11/16/07