# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## JUDGMENT IN A CIVIL CASE

**Kevin M. Lyons**
**Petitioner**

**V.** **Case Number: C.A. NO. 07-68S**

**A.T. Wall, et al**
**Respondent**

**Jury Verdict.**
**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Respondent, A.T. Wall against the Petitioner, Kevin M. Lyons pursuant to the Court's Order dated November 16, 2007 adopting the Magistrate Judge's Report and Recommendation dated October 31, 2007, granting State's Motion to Dismiss and dismissing Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

**BY ORDER:**

**November 19, 2007**
**Date**

**Deputy Clerk**