UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Kevin M Lyons

Vs C.A.NO 07-68s

A.T.WALL

MOTION FOR APPOINTMENT

OF COUNSEL

Now comes the Petitioner, Kevin M Lyons, before this court to ask for appointment of counsel under 18 USC §3006 A (g) because of inability to properly address courts concerns due to Rhode Island Department of Corrections Hampering and blocking Petitioners access to the Courts.

Petitioner avers that due to inadequate and disrepair of Law Library at John J Moran Medium Security Facility, the Law Library no longer is in a functional capacity to negate Petitioners ability to defend himself. Petitioners valid request for Appointment of Counsel to pursue his right to a Certificate of Appealablity of 28 USC § 2254 before District Court where only one out of all the cases cited by the Court and by the local Rule of Appellant Procedure is available in Law Library puts Petitioner in extreme deficit to argue any cognizant or viable response to the Courts.

Because the Rhode Island D.O.C. has chosen to stop up dating its Law Library, especially the Federal Laws and cases, and keeps down sizing all the books it does have, since 1999 all of the Federal Laws and case

Laws have changed drastically over the last 8 years and thus places the Petitioner at a Constitutional guaranteed right to access to the Courts in jeopardy, if not total loss, through State of Rhode Island agents deliberate actions.

Wherefore, Petitioner asks this Court to assign an Attorney to the Petitioner at this time to preserve his Constitution rights before the Court, or to have the Court supply all copies of current case to the Petitioner so he can try to write his complete Memorandurm in support.

Respectfully Submitted

12/1/07

Date

Kevin M Lyons Pro/Se

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 4 day of December 2007.

[signature] Pro/Se

Kevin M Lyons Pro/Se