**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN M. LYONS** | : | |
| | : | |
| **v.** | : | **C.A. 07-0068S** |
| | : | |
| **A.T. WALL, ET AL** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the State of Rhode Island, by and through its attorneys, and states that for the reasons expressed in the accompanying memorandum, the State would respectfully oppose petitioner's motion for appointment of counsel in the above captioned case.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**SHELDON WHITEHOUSE**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 13th day of December, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to Kevin M. Lyons, Pro Se, Med 1 FL-42, P.O. Box 8274, Cranston, RI 02920

/s/ Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN M. LYONS** | : | |
| | : | |
| **v.** | : | **C.A. 07-0068S** |
| | : | |
| **A.T. WALL, ET AL** | : | |

**MEMORANDUM IN SUPPORT OF STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

For the reasons expressed in the October 31, 2007 Report and Recommendation of United States Magistrate Judge Lincoln D. Almond, the State would respectfully suggest that there would not appear to be any basis for the appointment of counsel in the above captioned case.

Wherefore, the State would respectfully oppose petitioner's motion for appointment of counsel in the above captioned case.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**SHELDON WHITEHOUSE**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 13th day of December, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, to Kevin M. Lyons, Pro Se, Med 1 FL-42, P.O. Box 8274, Cranston, RI 02920

/s/ Aaron L. Weisman