Copy Pages

(585) 89

447 F3d 6 Knight V Spencer 582

252 F3d 449 } US V Saro 585

151 LEd2d 1005 586

(23 Cases)

216 F3d 1126 US V Mitchell

~~183 F3d 8 Gaskins V Duval~~ (1st)

106 F3d 1306

217 F3d 1337 Roberts V Sutton

190 F Supp 2d 117 Proulx V Marshall 746 – 747

741 F Supp 32 Morin V State of RI 760

111 Fed. Appx 451 Jackson V Pugh

A.R.S § 13-703 subd 6 para 6 (Reasonable doubt)

303 F3d 975 159 LEd2d 1098 } Beaty V Stewart

Ryan v Beaty

* 220 F3d 1022 Lambright V Stewart

142 LEd 70 Cox v Norris

435 F3d 946 Allen V Ornoski

428 F3d 1229 Rosas V Nielsen

* 160 LEd2d 225 William V Rhoades

354 F3d 1101 543 U.S 925

297 F3d 783 Khaimov V Crist