UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Kevin M Lyons

Vs C.A.NO 07-68s

A.T.WALL

NOTICE FOR CERITFICATE OF APPEALABILITY

Petitioner Kevin M Lyons, does hereby notify this U.S. District Court for the District Rhode Island that he is applying for a Certificate of Appealability of the order of 11/16/07 By Justice William Smith to his application for 28 USC § 2254 Habeas of his State Conviction in the State of Rhode Island. The Memorandum will be sent separately due to time constraints at the RI John J Morans Medium Security facility for Law Library time and access to type writers to complete the memorandum.

11/24/2007

Date

Respectfully Submitted

[signature]

Kevin M Lyons Pro/Se

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 26 day of November 2007.

Kevin M Lyons Pro/Se

Kevin M Lyons Pro/Se