OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

Richard Cushing Donovan,
CLERK

1 Courthouse Way, Suite 2500
Boston, MA 02210
617-748-9057

January 17, 2008

RECEIVED
JAN 24 2008
Property of U.S. District Court
District of Rhode Island

David DiMarzio, Clerk
United States District Court
Federal Building and
United States Courthouse
Two Exchange Terrace
Providence, RI 02903-1779

Re: No. 07-cv-068 Kevin M. Lyons v. A.T. Wall, et al.

Dear Sir:

The clerk's office is in receipt of correspondence from Kevin M. Lyons indicating that he believes that he has an appeal pending in the court of appeals. Please provisionally treat DC RI DE #19, Motion for a Certificate of Appealability, as a notice of appeal and certify to this court, without prejudice to the opposing party challenging this designation in the court of appeals, and further, without prejudice to the court of appeals later determining that the Motion for a Certificate of Appealability is not properly construed as a notice of appeal.

Sincerely,

Richard Cushing Donovan, CLERK

By: [signature]
Chief Deputy Clerk

DB
Enclosure
File

cc: Kevin Lyons
Med 1 FL-42
P.O. Box 8274
Cranston, RI 02920

Aaron L. Weisman
Attorney General Office
150 South Main Street
Providence, RI 02903