UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CASE NUMBER: CA07-68S

2. TITLE OF CASE: Kevin Lyons v. A.T. Wall, et al.

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Kevin Lyons**
P.O. Box 8274
Cranston, RI 02920
PRO SE

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Aaron L. Weisman**
Attorney General's Office
150 South Main Street
Providence, RI 02903

5. Name of Judge : **William E. Smith**

| | | | | |
|---|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | YES | x | NO |
| | FEE PAID | YES | x | NO |
| | RECEIPT | | | |
| 8. | IN FORMA PAUPERIS | YES | x | NO |
| 9. | GUIDELINES CASE | YES | X | NO |
| 10. | RELATED CASE ON APPEAL | YES | x | NO |
| | C.C.A. # (IF AVAILABLE) | | | |
| | DATE OF LAST N.O.F.A. FILED | | | |

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

[signature]
2/4/08
NOA# 08-1140