UNITED STATES COURTS APPEALS
FOR THE FIRST CIRCUIT

Kevin M Lyons

07-3465

Vs

C.A. 08-1140

A.T.Wall

MOTION TO PROCEED IN FORMA PAUPERIS

Kevin M Lyons, Petitioner in the above entitled case, hereby moves the Court pursuant to 28 USC section 1915 and 28 USC 2254 Rule 3 (a) for an order granting leave to proceed in the above entitled action without being required to prepay fees or costs, or give security.

This motion is based on the attached declaration as to Petitioner's inability to pay the cost of the above entitled action or to give security, and the belief that the Petitioner is entitled to relief.

2/09/08

Date

Respectfully Submitted

[signature]

Kevin M Lyons Pro/Se

# United States District Court

DISTRICT OF RHODE ISLAND

Kevin M Lyons
Plaintiff

V.

A.T.WALL
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 08-1140

I, Kevin M Lyons declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: [XX] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration RI Dept Of Corrections

   Are you employed at the institution? yes Do you receive any payment from the institution? yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? [XX] Yes [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. John J Moran Medium Security
   Cranston, RI
   $3.00 dollars per day

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | [ ] Yes | [X] No |
| b. | Rent payments, interest or dividends | [ ] Yes | [XX] No |
| c. | Pensions, annuities or life insurance payments | [ ] Yes | [XX] No |
| d. | Disability or workers compensation payments | [ ] Yes | [XX] No |
| e. | Gifts or inheritances | [ ] Yes | [XX] No |
| f. | Any other sources | [XX] Yes | [ ] No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. $250.00 for clothing from family

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount. __________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

N/A

I declare under penalty of perjury that the above information is true and correct.

2/1/2008 [signature] Pro/Se

DATE SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 605.08 on account to his/her credit at (name of institution) ACI, Cranston RI. I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average balance was $ 610.45.

2/11/08 [signature]

DATE SIGNATURE OF AUTHORIZED OFFICER