UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Kevin M Lyons

Vs

A.T.WALL

C.A. 07=68s

MOTION TO PROCEED IN FORMA PAUPERIS

Kevin M Lyons, Petitioner in the above entitled case, hereby moves the Court pursuant to 28 USC section 1915 and 28 USC 2254 Rule 3 (a) for an order granting leave to proceed in the above entitled action without being required to prepay fees or costs, or give security.

This motion is based on the attached declaration as to Petitioner's inability to pay the cost of the above entitled action or to give security, and the belief that the Petitioner is entitled to relief.

2/25/08
Date

Respectfully Submitted
[signature] Pro/Se
Kevin M Lyons Pro/Se

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 25 day of FeB 2008.

[signature] Pro/Se

Kevin M Lyons Pro/Se