UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN LYONS :
:
v. : C.A. No. 07-068S
:
A.T. WALL :

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner Kevin Lyons' Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (Document No. 29). The Motion has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a).

This is the second Motion to Proceed IFP on appeal submitted by Lyons. On February 27, 2008, I reviewed Petitioner's prison trust account statement, supporting Affidavit, and his Motion to Proceed IFP (Document No. 27) and I granted that Motion (see Document No. 28). The present Motion to Proceed IFP appears to seek the same relief. Even though the documents are not an exact copy, the Affidavit states, "Motion for Leave to Appeal In Forma Pauperis," and lists the Court of Appeals Civil Action Number. Moreover, the Motion is dated February 25, 2008, prior to the Court's ruling on his first Motion to Proceed *In Forma Pauperis*, but the Motion was not received by the Court until March 3, 2008. Accordingly, Petitioner's Motion to Proceed IFP (Document No. 29) is DENIED as moot.

SO ORDERED

PER ORDER:

/s/ Jeannine Noel
Deputy Clerk

ENTER:

/s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge
March 28, 2008