MANDATE

DC/RI
Di MARZIO
Judge Smith
Dc#: 07-00068

# United States Court of Appeals
## For the First Circuit

No. 08-1140

KEVIN LYONS,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR, ACI, ET AL.,

Respondents, Appellees.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: May 15, 2008

Section 2254 petitioner Kevin Lyons requests a certificate of appealability from this court in order to seek judicial review of the denial of his habeas petition. We deny the certificate of appealability because petitioner has failed to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). To the extent that the district court's decision rested on procedural grounds, petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, supra at 484.

Lyons's request for a COA is denied and the appeal is terminated.[1]

By the Court:

/s/ Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Melinda McKenzie
**Deputy Clerk**

**Date:** 6/6/08

cc:
Kevin Lyons
Aaron Weisman

---

1 On April 16, 2008, petitioner filed an Amendment to Certificate [of] Appealability without a motion requesting leave to amend. Even if we were to consider the proposed Amendment, our view would remain the same.